# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RUSSELL,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SKYWEST AIRLINES, INC., et al.,<br><br>　　　　　Defendants. | Case No.  CV 15-9500-GW(KSx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: March 16, 2016　　　　　BY THE COURT

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE